### Commonwealth *v.* Claitt, Appellant.

Submitted December 4, 1972. *Mike Hanford, Anne Johnson,* and *Jonathan, Miller,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Albert L. Becker, James T. Ranney,* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.